.70699

MARK E. DAVIS, ESQ., BAR NO –79936
MARC J. CARDINAL, ESQ., BAR NO -- 197437
NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA  95126
(408) 244-2166 - telephone
(408) 244-7815 - facsimile

*E-FILED 8/12/05*

Attorneys for Defendants
ALISAL UNION SCHOOL DISTRICT,
JESUS FLORES, JOSE CASTANEDA,
GARY KARNES, JUAN FLORES, and
ALBERT MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BARAJAS<br><br>            Plaintiff,<br><br>  vs.<br><br>ALISAL UNION SCHOOL DISTRICT, JESUS VELASQUEZ, JOSE CASTANEDA, GARY KARNES, JUAN FLORES, and ALBERT MALDONADO, individually and as Trustees of the ALISAL UNION SCHOOL DISTRICT, and DOES 1-20,<br><br>            Defendants. | No.  C03 04520 RS<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DISCOVERY PURSUANT TO THE CASE MANAGEMENT SCHEDULING ORDER |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE TO THE PRE-TRIAL DATES AS FOLLOWS:

1. **Discovery**

On or before October 28, 2005, all non-expert discovery shall be completed by the parties.  All the conditions as outlined in the previous Case Management Scheduling Order e-field 1/26/05 shall apply.

///

-1-

.70699

1     2.    **Expert Witnesses**

2     The disclosure and discovery of expert witness opinions shall proceed as
3 follows:

4     A.    On or before October 15, 2005, plaintiff shall disclose expert testimony
5 reports in accordance with Rule 26(a)(2), FRCP.

6     B.    On or before October 28, 2005, defendants shall disclose expert
7 testimony reports in accordance with Rule 26(a(2), FRCP.

8     C.    On or before November 27, 2005, all discovery of expert witnesses
9 pursuant to Rule 26(b)(4), FRCP shall be completed.

10    All other aspects of the Case Management Scheduling Order except as expressly
11 provided above shall remain in effect.

12    IT IS SO STIPULATED.

13 DATED:

    MESIROW, FINK, EISENHART & DAWSON

    By _____
    Steven Fink,
    Attorney for Plaintiffs

DATED:

    NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP.

    By _____
    Marc J. Cardinal
    Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 11, 2005

/s/ Richard Seeborg
_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

-2-