**\*E-FILED 8/12/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE BARAJAS, | No. C 03-04520 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| ALISAL UNION SCHOOL DISTRICT, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing therefor,

IT IS HEREBY ORDERED that a Further Case Management Conference shall be held on **September 7, 2005 at 2:30 p.m.** The conference will be conducted telephonically. Prior to the conference, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

DATED:  August 12, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Steven M. Fink, Esq.
Email: smf@mfedlaw.com

**Counsel for Defendant(s)**

Mark E. Davis, Esq.
Email: mdavis@ndkylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 12, 2005

          /s/ BAK
          Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE   2