.70699

MARK E. DAVIS, ESQ., BAR NO –79936
MARC J. CARDINAL, ESQ., BAR NO -- 197437
NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA  95126
(408) 244-2166 - telephone
(408) 244-7815 - facsimile

*E-FILED 10/24/05*

Attorneys for Defendants
ALISAL UNION SCHOOL DISTRICT,
JESUS FLORES, JOSE CASTANEDA,
GARY KARNES, JUAN FLORES, and
ALBERT MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BARAJAS<br><br>        Plaintiff,<br><br>  vs.<br><br>ALISAL UNION SCHOOL DISTRICT, JESUS VELASQUEZ, JOSE CASTANEDA, GARY KARNES, JUAN FLORES, and ALBERT MALDONADO, individually and as Trustees of the ALISAL UNION SCHOOL DISTRICT, and DOES 1-20,<br><br>        Defendants. | No.  C03 04520 RS<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DISCOVERY |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE TO THE PRE-TRIAL DATES AS FOLLOWS:

1. **Discovery**

On or before December 16, 2005, all non-expert discovery shall be completed by the parties.

///

///

-1-

Stipulation & Order To Extend Discovery And Expert Discovery
{H:\WDOCS\2543\70699\pleading\00070397.DOC}

.70699

1     2.    **Expert Witnesses**

2     The disclosure and discovery of expert witness opinions shall proceed as
3 follows:

4     A.    On or before October 15, 2005, plaintiff shall disclose expert testimony
5 reports in accordance with Rule 26(a)(2), FRCP.

6     B.    On or before October 28, 2005, defendants shall disclose expert
7 testimony reports in accordance with Rule 26(a(2), FRCP.

8     C.    On or before December 30, 2005, all discovery of expert witnesses
9 pursuant to Rule 26(b)(4), FRCP shall be completed.

10

11     IT IS SO STIPULATED.

12 DATED:

    MESIROW, FINK, EISENHART & DAWSON

14

    By _____
15     Steven Fink,
    Attorney for Plaintiffs

16 DATED:

17     NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP.

18

19

    By _____
20     Marc J. Cardinal
    Attorneys for Defendants

21

22     **ORDER**

23     PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED: October 24, 2005

25     /s/ Richard Seeborg
    _____
26     THE HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

27

Stipulation & Order To Extend Discovery And Expert Discovery
{H:\WDOCS\2543\70699\pleading\00070397.DOC}