1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**\*E-FILED\***
**January 4, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESSE BARAJAS,

      Plaintiff,

v.

ALISAL UNION SCHOOL DISTRICT, et al.,

      Defendants.
_____/

No. C 03-04520 RS

**ORDER RE: SETTLEMENT;
STAND-BY ORDER TO SHOW
CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 5, 2006**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 12, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated: January 4, 2006

                     /s/ Richard Seeborg
                     RICHARD SEEBORG
                     United States Magistrate Judge

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3 | **Counsel for Plaintiff(s)**

4 | Steven M. Fink, Esq.
Email: smf@mfedlaw.com

5

6 | **Counsel for Defendant(s)**

7 | Mark E. Davis, Esq.
Email: mdavis@ndkylaw.com

8

9 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10

11 | Dated:  January 4, 2006

12

13 | /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28