70699

1  MARK E. DAVIS, ESQ., BAR NO –79936
   NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP
2  1960 The Alameda, Suite 210
   San Jose, CA  95126         *E-FILED 2/27/06*
3  (408) 244-2166 - telephone
   (408) 244-7815 - facsimile
4

5  Attorneys for Defendants
   ALISAL UNION SCHOOL DISTRICT,
6  JESUS FLORES, JOSE CASTANEDA,
   GARY KARNES, JUAN FLORES, and
7  ALBERT MALDONADO

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   JESSE BARAJAS                    No.  C03 04520 RS
12
        Plaintiff,                  STIPULATION AND ORDER FOR
13                                  DISMISSAL WITH PREJUDICE
   vs.
14
   ALISAL UNION SCHOOL DISTRICT,
15 JESUS VELASQUEZ, JOSE
   CASTANEDA, GARY KARNES, JUAN
16 FLORES, and ALBERT MALDONADO,
   individually and as Trustees of the
17 ALISAL UNION SCHOOL DISTRICT,
   and DOES 1-20,
18
        Defendants.
19

20      IT IS HEREBY STIPULATED, by and between the parties through their respective

21 counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all

22 causes of action asserted on behalf of plaintiff Jesse Barajas as set forth in the complaint

23 on file herein, shall be and are hereby dismissed with prejudice and that each party shall

24 bear its own costs and attorney's fees herein.

25 ///

26 ///

27 ///

-1-
Stipulation & Order For Dismissal With Prejudice
{H:\WDOCS\2543\70699\pleading\00074917.DOC}

IT IS SO STIPULATED.

DATED: 2/10/06

MESIROW, FINK, EISENHART & DAWSON

By _____
Steven Fink,
Attorney for Plaintiff

DATED: 2-23-06

NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP.

By _____
Mark E. Davis
Attorneys for Defendants

## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: 2/27/06

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE